[No. 31890-0-I.     Division One.     October 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE T. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04545-5, Richard M. Ishikawa, J., entered November 25, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32381-4-I.     Division One.     October 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL CHAVEZ MAGANA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01307-4, Ronald Castleberry, J., entered March 2, 1993. *Reversed* by unpublished per curiam opinion.

[No. 31894-2-I.     Division One.     October 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06905-7, Janice Niemi, J. Pro Tem., entered December 14, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

[No. 32224-9-I.     Division One.     October 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MULDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05590-9, Anthony P. Wartnik, J., entered January 1, 1993. *Affirmed* by unpublished per curiam opinion.